# CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

COBB *v.* MORRIS; from Pasquotank. *Per Curiam:* affirmed, Sept. 30th.

LAMB *v.* HAND; from Pasquotank. *Per Curiam:* affirmed, Oct. 11th.

STATE *v.* SHIELDS; from Halifax. *Per Curiam :* appeal dismissed, Oct. 4th.

JOHNSTON *v* WILLIAMS; from Warren. *Per Curiam:* affirmed, Oct. 10th.

GATLING *v.* MITCHELL ; from Northampton. *Per Curiam:* affirmed, Oct. 4th.

BRYAN *v.* BILLUPS; from Halifax. *Per Curiam:* affirmed, Oct. 18th.

COLLINS *v.* PETTITT; from Halifax. *Per Curiam:* error, Oct. 25th.

STATE *v.* ARRINGTON; from Nash. *Per Curiam :* affirmed, Oct. 18th.

STATE *v.* CRAFT; from Pitt. *Per Curiam:* affirmed, Oct. 18th.

THOMPSON *v.* THOMPSON ; from Wilson. *Per Curiam:* affirmed, Oct. 18th.

MARTIN *v.* JONES; from Franklin. Motion to docket and dismiss plaintiff's appeal under Rule 17, allowed Oct. 12th.

STANTON *v.* SPRUILL; from Wake. Motion to docket and dismiss plaintiff's appeal under Rule 17, allowed Oct. 21st.

BLACKNALL *v.* ROWLAND; from Durham. *Per Curiam:* affirmed, Dec. 20th. DOUGLAS, J., dissenting.